# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161335(63)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

THOMAS J. O'BRIEN, JR.,
        Plaintiff-Appellee,

v

ANN MARIE D'ANNUNZIO,
        Defendant-Appellant.
_____/

SC: 161335
COA: 347830
Oakland CC Family Division:
    2017-265355-FJ

On order of the Chief Justice, the motion of attorney Kathryn M. Cushman to withdraw as counsel for plaintiff-appellee is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2020



Clerk